**Dismissed and Memorandum Opinion filed August 9, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-22-00096-CV

_____

## ERIC GREER, Appellant

## V.

## SUJIT SAMUEL A/K/A SAMUEL SUJIT AND NINA ANN MATHEN, Appellees

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1179671**

## MEMORANDUM OPINION

This appeal is from a judgment signed February 2, 2022. The clerk's record was filed February 24, 2022. The reporter's record was filed May 25, 2022. No brief was filed.

On June 30, 2022, this court issued an order stating that unless appellant filed a brief on or before August 1, 2022, the appeal was subject to dismissal without further notice for want of prosecution. *See* Tex. R. App. P. 42.3(b).

Appellant filed no brief or other response. We dismiss the appeal for want of prosecution.


PER CURIAM


Panel consists of Justices Spain, Poissant, and Wilson.